ARTHUR BAYER, Appellant, *v.* PINKERTON'S NATIONAL DETECTIVE AGENCY, INC., Respondent, Impleaded with Another.

(Argued June 3, 1936; decided July 8, 1936.)

*Joseph Rosenberg* for appellant.

*Joseph S. Johnston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.